1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  HASSAN ABPIKAR,                    )    No. C 11-5079 RMW (PR)
                                       )
12              Petitioner,            )    ORDER OF TRANSFER
                                       )
13      vs.                            )
                                       )
14  WARDEN MICHAEL L. BENOV,           )
                                       )
15              Respondent.            )
                                       )
16
17      Petitioner, a federal prisoner proceeding pro se, filed a petition for a writ of habeas
18  corpus pursuant to 28 U.S.C. § 2241. Petitioner alleges that the Bureau of Prisons ("BOP") is
19  refusing to credit him with presentence credits pursuant to 18 U.S.C. § 3585. Petitioner is
20  currently incarcerated at Taft Correctional Institution in Taft, California, which lies in the
21  Eastern District of California.
22      Venue for a habeas action is proper in either the district of confinement or the district of
23  conviction, 28 U.S.C. § 2241(d); however, if the petition is directed to the manner in which a
24  sentence is being executed, e.g., if it involves parole or time credits claims, the district of
25  confinement is the preferable forum. See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875
26  F.2d 244, 249 (9th Cir. 1989). Here, the Eastern District of California is the district of
27  confinement.
28      Accordingly, this case is TRANSFERRED to the United States District Court for the

Order of Transfer
P:\pro-se\sj.rmw\hc.11\Abpikar079trans

1  Eastern District of California, the district of petitioner's confinement.  See 28 U.S.C. § 1404(a);
2  Habeas L.R. 2254-3(b)(2).  The clerk shall terminate any pending motions and transfer the entire
3  file to the Central District of California.
4      IT IS SO ORDERED.
5  DATED: _____

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR,<br><br>             Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISON, ET AL. et al,<br><br>            Defendant.<br>                                          / | Case Number: CV11-05079 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hassan Abpikar 08054285
Taft Correctional Institution
Reg: # 10969-111
PO Box 7001
Taft, CA 93268

Dated: March 6, 2012

                                                    Richard W. Wieking, Clerk
                                                    By: Jackie Lynn Garcia, Deputy Clerk